THE STATE OF OHIO, APPELLEE, *v.* LOWTHER, APPELLANT.

[Cite as *State v. Lowther* (1998), 84 Ohio St.3d 45.]

(Nos. 98–1628 and 98–1859—Submitted October
13, 1998—Decided December 2, 1998.)

---

*Ronald J. O'Brien*, Franklin County Prosecuting Attorney, and *Steven L. Taylor*, Assistant Prosecuting Attorney, for appellee.

*Judith M. Stevenson*, Franklin County Public Defender, and *Paul Skendelas*, Assistant Public Defender, for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.